# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **TONYA EVANS,** | Case No. 1:19-CV-02865 |
| **Plaintiff,** | |
| -vs- | **JUDGE PAMELA A. BARKER** |
| **GANNET PUBLISHING SERVICES, LLC,** | **ORDER** |
| **Defendant.** | |

On December 1, 2020, Magistrate Judge David A. Ruiz issued a Report and Recommendation, finding that based on Plaintiff's unresponsiveness to both her prior counsel and to this court's orders as fully described in the Report and Recommendation, Plaintiff has no intention of pursuing this action further, and recommended that this action be dismissed for want of prosecution. (Doc. No. 23, PageID # 121.) The Report and Recommendation included notification that any objections to the Report and Recommendation were due to be filed with the Clerk of Courts within 14 days after service of the Report and Recommendation upon the objecting party. (*Id.*)

The docket reflects that a copy of the Report and Recommendation was mailed to Plaintiff on December 1, 2020 and it has not been returned to the Clerk's office as undeliverable or unable to be forwarded. Indeed, the Report and Recommendation was mailed to Plaintiff at the address provided to the court by Plaintiff's former counsel, and the same address to which other correspondence and orders have been sent by the court that were not returned as undeliverable or unable to be forwarded. Plaintiff has not filed any objections to the Report and Recommendation.

Also, the court conducted a telephone status conference on December 8, 2020 that had been scheduled on April 21, 2020 during the Case Management Conference.  Plaintiff did not call in to participate in that status conference.

The Court adopts the Report and Recommendation of Magistrate Judge Ruiz and finds that Plaintiff's unresponsiveness to both her prior counsel and this court demonstrates that she has no intention of pursuing this action further and therefore, this action is dismissed, without prejudice, for want of prosecution.

**IT IS SO ORDERED.**

Date:  December 17, 2020

 s/Pamela A. Barker
PAMELA A. BARKER
U. S. DISTRICT JUDGE